STATE of Missouri, Respondent,

v.

Larry LUMLEY, Appellant.

No. 71081.

Missouri Court of Appeals,
Eastern District,
Division Two.

June 17, 1997.

Rehearing Denied July 29, 1997.

Larry Lumley, Florissant, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Joiner, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANE, P.J. and GERALD M. SMITH and PUDLOWSKI, JJ.

*MEMORANDUM DECISION*

PER CURIAM.

Defendant appeals from a judgment by the court finding him guilty of forgery, § 570.090.1(4) RSMo 1994 and sentencing him to three years imprisonment. Defendant's brief preserves nothing for appeal because his points relied on do not state wherein and why the trial court erred. However, we have reviewed the record and we find no error of law. The verdict of the court was supported by the evidence. The complaint which initially charged defendant was not deficient and was followed by indictment. Defendant's waiver of a jury trial was voluntary and the case was voluntarily submitted to the court on police reports and exhibits only. No precedential value would be served by an extended opinion.

Judgment of conviction affirmed. Rule 30.25(b).

Robert BLACKWELL, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 53821.

Missouri Court of Appeals,
Western District.

Sept. 9, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 28, 1997.

Jeannie Willibey, Asst. Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before EDWIN H. SMITH, P.J., and BERREY and ELLIS, JJ.

*ORDER*

PER CURIAM:

Robert Blackwell appeals from the denial of his Rule 24.035 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b)